UNITED STATES of America,
Plaintiff–Appellee,

v.

Demetrius YOUNG, Defendant–Appellant.

No. 10–12585
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 4, 2011.

R. Brian Tanner, James D. Durham, Frederick Kramer, III, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Martin Gregory Hilliard, Martin G. Hilliard, PC, Lawrenceville, GA, Demetrius Young, Calhoun SP, Morgan, GA, for Defendant–Appellant.

---

Before EDMONDSON, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Martin G. Hilliard, appointed counsel for Demetrius Young in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Young's conviction and sentence are **AFFIRMED.**